R. Robert BAILEY, and Ed H. Smith, Individually,
and On Behalf of the Committee to Save Arkansas Jobs, Inc.,
and All Others Similarly Situated
*v.* W.J. "Bill" McCUEN, Secretary of State

94-951                                                    884 S.W.2d 937

Supreme Court of Arkansas
Opinion delivered September 27, 1994

PER CURIAM. On September 20, 1994, the Honorable Tom Digby was duly appointed Master in this original action. Because of recent surgery, it is necessary to replace Judge Digby with the Honorable Darrell Hickman.

By this appointment Judge Hickman is directed to discharge the responsibilities assigned to the Master as set out in our Per Curiam of September 20, 1994.